# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,
   -vs-
Carlos Pena                         **Docket No. CRS. 04-178-GEB**

**COMES NOW** Sandra Hall, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Carlos Pena, who was placed on bond by the Honorable Dale A. Drozd, sitting in the Court at Sacramento, California, on the 15th day of April, 2004, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 21:841(a)(1)-Distribution of Cocaine; 21:841(a)(1)-Distribution of Methamphetamine; 21:841(a)(1)-Possession with Intent to Distribute Methamphetamine

**BOND CONDITIONS:** Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant submitted urine samples for testing on December 12, 2004, and June 28, 2005, that subsequently tested positive for cocaine.

**PRAYING THAT THE COURT WILL ORDER** the matter placed on Your Honor's calender on July 27, 2005 at 2:00 p.m., and order the Pretrial Services officer to notify the defendant and/or his attorney of record to advise them of said date.

**LAST KNOWN ADDRESS:** On file with Pretrial Services
**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                     Respectfully submitted,

                                                     /s/ Sandra D. Hall
                                                     Sandra D. Hall
                                                     Pretrial Services Officer
                                                     DATE:  July 18, 2005

## ORDER

\_\_\_\_\_ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.

\_\_\_\_\_ The Court hereby orders this ex parte motion and order be sealed.

\_\_\_\_\_ The Court orders a summons be issued with an appearance date of _____.

_X_    The Court hereby orders this matter placed on this court's calendar on July 27, 2005, at 2 pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

\_\_\_\_\_ The Court orders no action be taken.

                                         *Considered and ordered this 18th day of*
                                         *July, 2005, and ordered filed and*
                                         *made a part of the records in the above case.*

_____
UNITED STATES MAGISTRATE JUDGE

**BOND CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the Eastern District of California without the prior consent of the Pretrial Services Officer;

4. You shall reside at a residence approved by Pretrial Services and not change your residence without the prior approval of the Pretrial Services Officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medications;

7. You shall submit to drug or alcohol testing as approved by the Pretrial Services Officer;

8. You shall seek and/or maintain employment.

**CHRONOLOGY OF EVENTS:**

On April 15, 2004, the defendant was released on his own recognizance with Pretrial Services supervision and special conditions of release including drug testing. On December 12, 2004, he submitted a test that subsequently tested positive for cocaine. The assistant United States attorney agreed not to pursue a violation on the one isolated test.

On June 24, 2005, Mr. Pena entered a plea of guilty to three counts of the Indictment. Judgement and Sentencing has been set for September 23, 2005.