MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259

Attorney for Defendant,
CARLOS PENA

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CARLOS PENA,<br><br>　　　　　　Defendant. | CRIMINAL NO. CVS 04-0178 GEB<br><br>**STIPULATION AND ORDER CONTINUING HEARING FROM SEPTEMBER 23, 2005 TO OCTOBER 28, 2005**<br><br>Honorable Garland E. Burrell<br>Date:　　September 23, 2005<br>Time:　　9:00 a.m. |

　　　　The defendant, CARLOS PENA by and through his undersigned attorney, and the United States, through its undersigned attorney, hereby stipulate that the Judgment and Sentencing hearing set for September 23, 2005 before this Court should be rescheduled to October 28, 2005. Counsel, on behalf of Defendant, CARLOS PENA needs additional time to prepare and file his objection. Due to mis communication in Mr. Rivera's office, he did not receive the proposed pre-sentencing report until September 9, 2005.

　　　　The parties request that the Court exclude time under the Speedy Trial Act from September 23, 2005 to October 28, 2005 pursuant to 18 U.S. C. § 3161(h)(8)(B)(iv)(or local code T4).

/ / /

/ / /

/ / /

1  Government counsel and Probation Officer agrees to date and time and hereby authorizes
2  counsel for CARLOS PENA to sign for them.

3                                              Respectfully submitted,

5  Dated: September 16, 2005              By: _____
                                              JESSE M. RIVERA
6                                             Attorney for Defendant,
                                              CARLOS PENA

9  Dated: September 16, 2005              By: _____
                                              ANNE PINGS
10                                            Assistant U.S. Attorney for Plaintiff,
                                              UNITED STATES OF AMERICA

12 Dated: September 16, 2005              By: _____
                                              KAREN MEUSLING
13                                            Supervising U.S. Probation Officer,
                                              UNITED STATES OF AMERICA

16 IT IS HEREBY SO ORDERED.

17 DATED:   September 16, 2005

                                              /s/ Garland E. Burrell, Jr.
19                                            GARLAND E. BURRELL, JR.
                                              United States District Judge