1

MORENO & RIVERA, LLP

2

1451 River Park Drive, Suite 145
Sacramento, California 95815

3

Tel: 916-922-1200 Fax: 916 922-1301

4

Jesse M. Rivera, CSN 84259

5

6

Attorney for Defendant,
CARLOS PENA

7

8

## IN THE UNITED STATES DISTRICT COURT

9

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,                )       CRIMINAL NO. CRS 04-0178 GEB
                                                                )
12

                                    Plaintiff,        )       **AMENDED STIPULATION AND ORDER**
                                                                )       **CONTINUING HEARING FROM**
13

vs.                                                         )       **SEPTEMBER 23, 2005 TO**
                                                                )       **OCTOBER 28, 2005**
14

CARLOS PENA,                                    )
                                                                )       Honorable Garland E. Burrell
15

                                                                )       Date:            September 23, 2005
                                    Defendant.       )       Time:            9:00 a.m.
16

_____ )

17

        The defendant, CARLOS PENA by and through his undersigned attorney, and the United

18

States, through its undersigned attorney, hereby stipulate that the Judgment and Sentencing

19

hearing set for September 23, 2005 before this Court should be rescheduled to October 28, 2005.

20

Counsel, on behalf of Defendant, CARLOS PENA needs additional time to prepare and file his

21

objection.  Due to mis communication in Mr. Rivera's office, he did not receive the proposed

22

pre-sentencing report until September 9, 2005.

23

        The following calendar dates were inadvertently omitted from the September 16, 2005

24

"Stipulation and Order Continuing Hearing From September 23, 2005 to October 28, 2005."

25

All counsel have been notified by telephone and agree to the said calendar dates.

26

/ / /

27

/ / /

28

/ / /

The following calendar dates are in lieu of the date change for the Judgement and Sentencing:

| | |
|---|---|
| The proposed presentence report shall be disclosed to counsel no later than: | Already disclosed |
| Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than:<br>(Informal objections were mailed September 21, 2005) | September 30, 2005 |
| The presentence report shall be filed with the Court and disclosed to counsel on later than: | October 7, 2005 |
| Motion for Correction of the presentence report shall be filed with the Court and served to the probation officer and opposing counsel no later than: | October 14, 2005 |
| Reply, or Statement of Non-Opposition: | October 21, 2005 |

The parties request that the Court exclude time under the Speedy Trial Act from September 23, 2005 to October 28, 2005 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)(or local code T4).

////

////

////

////

////

////

////

////

////

////

////

1    Government counsel and Probation Officer agrees to date and time and hereby authorizes

2  counsel for CARLOS PENA to sign for them.

3                                                   Respectfully submitted,

4                                                   MORENO & RIVERA

5  Dated: September 26, 2005              By:_____/s/_____
                                                   JESSE M. RIVERA
6                                                   Attorney for Defendant,
                                                   CARLOS PENA
7
   Dated: September 26, 2005              By:_____/s/_____
8                                                   ANNE PINGS
                                                   Assistant U.S. Attorney for Plaintiff,
9                                                   UNITED STATES OF AMERICA

10 Dated: September 26, 2005              By:_____/s/_____
                                                   KAREN MEUSLING
11                                                  Supervising U.S. Probation Officer,
                                                   UNITED STATES OF AMERICA
12

13 IT IS HEREBY SO ORDERED.

14
   Dated:  October 3, 2005
15

16                                                  /s/ Garland E. Burrell, Jr.
                                                   GARLAND E. BURRELL, JR.
17                                                  United States District Judge

18

19

20

21

22

23

24

25

26

27

28