UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:04-cr-00178 GEB |
| v. ) | |
| ) | |
| CARLOS PENA, ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                              ( ) Ad Testificandum

Name of Detainee:              CARLOS PENA
Detained at (custodian):      HIGH DESERT STATE PRISON

Detainee is:         a.)      (X) charged in this district by:   (X) Indictment   ( ) Information   ( ) Complaint
                                       charging detainee with: Distribution of Cocaine, Distribution of Methamphetamine;
                                       Possession with Intent to Distribute Methamphetamine.
         or       b.)      ( )  a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)      ( ) return to the custody of detaining facility upon termination of proceedings
         or       b.)      (X)  be retained in federal custody until final disposition of federal charges, as a
                                        sentence is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

                              Signature:                      /s/ MARY L. GRAD
                              Printed Name & Phone No:   Mary L. Grad (916) 554-2763
                              Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS
         (X) Ad Prosequendum                          ( ) Ad Testificandum

       The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: July 29, 2010

                                                                 /s/ Kendall J. Newman
                                                                  United States Magistrate Judge

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Antonio Pena | Male |
| Booking or CDC #: | NDOC: 1052460 | DOB:   05/20/1972 |
| Facility Address: | 22010 Cold Creek Road, PO Box 650 | Race: |
| | Indian Spring, Nevada 89070 | FBI #: |
| Facility Phone: | (702) 879-6789 | |
| Currently Incarcerated For: | Attempted Burglary | |

---

**RETURN OF SERVICE**

Executed on   _____           By: _____
                                                                                              (Signature)