BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:04-CR-00178 GEB |
|---|---|
| Plaintiff, | **[PROPSED] ORDER DISMISSING INDICTMENT** |
| v. | |
| CARLOS PENA, | |
| Defendant. | |

For the reason set forth in the motion to dismiss filed by the United States, the charges against defendant **CARLOS PENA** in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrant is recalled.

Dated: December 9, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1